In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00358-CV


____________________



PAULA MCDONALD, Appellant



V.



ELLEN MCINTOSH, Appellee






On Appeal from the 136th District Court 


Jefferson County, Texas


Trial Cause No. D-177,310-A






MEMORANDUM OPINION


 The appellant, Paula McDonald, as an heir of Michael Collier, deceased, and the
appellee, Ellen McIntosh, filed a joint motion to dismiss this appeal. The parties allege they
have reached a settlement agreement and ask the Court to vacate the judgment of the trial
court and remand the case to the trial court for entry of a take-nothing judgment. The motion
is voluntarily made by the parties prior to any decision of this Court. See Tex. R. App. P.
42.1(a)(2). We grant the motion, vacate the judgment of the trial court without regard to the
merits and remand the case to the trial court for entry of a take-nothing judgment in favor of 
Paula McDonald. 

 VACATED AND REMANDED.

 

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered February 26, 2009


Before Gaultney, Kreger, and Horton, JJ.